RECEIVED

MAR 2 0 '06

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SAVE THE BAY, INC. | : | |
| | : | |
| VS. | : | C.A. No. 98-589T |
| | : | |
| CITY OF EAST PROVIDENCE | : | |

DISMISSAL STIPULATION AND ORDER

In the above-entitled cause, it is agreed that this matter, with Defendant having completed all matters required under the applicable consent decree, is dismissed with prejudice.

SAVE THE BAY, INC.
By its Attorney

Ralph M. Kinder, Esq.
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, RI 02903
(401) 751-1500, ext. 24
(401) 751-4124 (fax)
RI Bar No. 3835

CITY OF EAST PROVIDENCE
By its Solicitor

William J. Conley, Jr.
145 Taunton Avenue
East Providence, RI 02914
(401) 435-7523

Enter:

Clerk

Per Order:

Ernest C Torres

J. Torres
Chief Judge 3/24/06